IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

AHMAD ALABABSEH,                        )
                                        )
          Petitioner,                   )
                                        )
     v.                                 )          1:25-cv-1973 (LMB/IDD)
                                        )
PAUL PERRY, et al.,                     )
                                        )
          Respondents.                  )

## ORDER

Having further reviewed petitioner's Petition for Writ of Habeas Corpus and the respondents' Opposition, the Court has determined that it needs more information from the federal respondents regarding Officer James A. Mullan's declaration. The information provided by the federal respondents does not adequately explain whether petitioner was ever released on bond in the time period from petitioner's arrival in the United States at the California-Mexico border to petitioner's detention following the immigration judge's final order of removal. Furthermore, the information provided by federal respondents does not explain whether petitioner has timely appeared for his hearings before the immigration court. Accordingly, it is hereby

ORDERED that a hearing on the Petition be and is scheduled for Friday, November 21, 2025, at 9:00 AM. The petitioner need not be present at the hearing; and it is further

ORDERED that federal respondents prepare the information requested by this Court for the scheduled hearing.

The Clerk is directed to forward a copy of this Order to counsel of record.

Entered this _18th_ day of November, 2025.

Alexandria, Virginia

                                        /s/ _____
                                        Leonie M. Brinkema
                                        United States District Judge