IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| AHMAD ALABABSEH, | ) |
| Petitioner, | ) ) ) |
| v. | ) 1:25-cv-1973 (LMB/IDD) |
| PAUL PERRY, et al., | ) ) ) |
| Respondents. | ) ) |

## ORDER

For the reasons stated in open court, petitioner Ahmad Alababseh's ("Alababseh" or "petitioner") Petition, [Dkt. No. 1], is GRANTED, and it is hereby

ORDERED that Alababseh be released from custody on Monday, November 24, 2025, no later than 12:00pm (noon), with all his personal property, including his passport and his cellphone; and it is further

ORDERED that within 24 hours of Alababseh's arrival at the fixed address identified in his Proposed Release Plan, petitioner submit a change of address to the local Immigration and Customs Enforcement ("ICE") office and to respondents; and it is further

ORDERED that the respondents file a notice with the Court confirming petitioner's release.

The Clerk is directed to enter judgment in petitioner's favor pursuant to Federal Rule of Civil Procedure 58, forward copies of the Order to counsel of record, and close this civil action.

Entered this 21st day of November, 2025.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge